## GENERAL COURT, MAY TERM, 1798.

### DORSEY's Executrix *vs.* THE STATE.

ASSUMPSIT for hay, provender, &c. supplied, &c. for divers black cattle, &c. A *summons* issued directed to the *attorney general* to appear and answer on the part of the state.

#### CASE STATED.

Vachel Stevens was appointed *commissary* by virtue of the act of October session 1780, ch. 25, to collect cattle for the use of the army. That in the year 1782, while he acted as commissary, he sent a number of state cattle to the testator of the plaintiff, to be provided with hay. That the testator did find and provide state cattle with hay, to the amount of 88*l.* 10*s.* 6*d*, as by the account exhibited into court appears; and which said sum of money was never paid to the testator. The monies were put into the hands of the said *Stevens*, on the part of the state, to discharge the said claim, but the same was not paid or satisfied by him to the plaintiff's testator, or to the plaintiff.

*Ridgely*, for the plaintiff.
*Martin*, Attorney General.

THE GENERAL COURT gave judgment upon the case stated, for the state. Plaintiff nonsuited.

———§———

## GENERAL COURT, MAY TERM, 1798.

### HOFFMAN, *et al. vs.* PROUT.

IN this case the writ issued directed to the sheriff of Montgomery county, and *cepi* was returned thereon. The defendant, at the return day of the writ, produced an affidavit, stating "that he now is, and for 12 months last passed has been, an inhabitant of Prince-George's county."

*Mason*, for the defendant, then moved the court that the defendant be discharged from the arrest by the sheriff of Montgomery county, in virtue of the writ to him directed, and cited the act of 1796, ch. 43, s. 14, 15.

*Smith* and *Brice*, for the plaintiff.

THE GENERAL COURT discharged the defendant accordingly, with costs.